UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br> v.<br>YAHARIA VANESSA HIGAREDA,<br>ADAM RAMIREZ,<br><br>  Defendant. | Case No.  07CR0487-WQH<br><br>**ORDER TO<br>DISMISS COMPLAINT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled Indictment charging defendants with 8 U.S.C. § 1324(a)(2)(B)(ii), bringing in aliens for financial gain, and 8 U.S.C. § 1324(a)(1)(A(iii) and (v)(II), harboring illegal aliens, filed on February 28, 2007, be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the defendants' bond be exonerated.

**IT IS FURTHER ORDERED** that material witnesses' bonds be exonerated and the material witnesses be remanded to the custody to the Department of Homeland Security for removal from the United States.

**IT IS FURTHER ORDERED** that the Motion Hearing date of August 6, 2007, and Trial Date of August 7, 2007 be vacated.

DATED:  July 31, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge