ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

FILED
2007 SEP 10 PM 4: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

Attorney for Material Witness, FRANCISCO FUENTES-GUZMAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YAHAIRA VANESSA HIGAREDA (1),<br>ADAM RAMIREZ (2),<br><br>　　　　　Defendants. | Criminal Case No.:　07 CR 0487-WQH<br>Magistrate Case No.:　07 MG 0386<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

## ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness FRANCISCO FUENTES-GUZMAN is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Argelia Fuentes**

**128 N. Eucalyptus Ave.**

**Inglewood, CA 90301**

Dated: 9/7/07

_____
U. S. Magistrate Judge

- 1 -
Order to Exonerate the Appearance Bond for the Material Witness