1

2  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
3  2044 First Avenue, Suite 200
   San Diego, California 92101
4  Telephone: (619) 233-7521
   Facsimile: (619) 233-4516

5
   Attorney for Material Witness, LUCIANO MEJIA-MARTINEZ
6

FILED
2007 SEP 10 PM 4:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY____CP

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 07 CR 0487-WQH |
| | Magistrate Case No.: 07 MG 0386 |
| Plaintiff, | |
| | Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |
| vs. | |
| YAHAIRA VANESSA HIGAREDA (1), | |
| ADAM RAMIREZ (2), | |
| Defendants. | |

ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness LUCIANO MEJIA-MARTINEZ is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Jose Martinez**

**15660 Tustin Village Way, Apt. 28**

**Tustin, CA 92780**

Dated: 9/7/07

_____
U. S. Magistrate Judge